## Seronka *v.* Faber, Appellant.
## Cisek *v.* Faber, Appellant.

Argued April 15, 1970. *Edward A. Mihalik,* with him *Weis & Weis,* for appellant; *Louis Anstandig,* with him *James P. Gill, Edward O. Spotts, Egler, McGregor & Reinstadtler,* and *Spotts, Gill, Gavin & Morrow,* for appellee.

Judgments affirmed.

## Simpson Unemployment Compensation Case.

Argued April 15, 1970. *Roger J. Ecker,* with him *Peacock, Keller, Yohe & Day,* for claimant, appellant; *Sydney Reuben,* Assistant Attorney General, with him *William C. Sennett,* Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.